Pearson, C. J.
 

 The emancipation of slaves makes it unnecessary to decide whether the petitioners have a right to require Askew to execute a note for the purchase money, or whether he has complied with the terms of sale by his payment of the money. For it is certain that he made his bid under the impression that the payment of the money would be a compliance with the terms of sale; and, if he was under a mistake, he is entitled to permission to withdraw his bid. The effect of this is, to open the bid-dings and leave the slave unsold. This brings the matter within the principle of
 
 Kidd
 
 v.
 
 Morrison,
 
 decided at this term.
 

 The order to show cause is dismissed without prejudice ; the parties each to pay their own costs.
 

 Per Curiam.
 

 Decree accordingly.